UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 18-9103 |
|---|---|---|
| V. | : | CRIMINAL ACTION |
| Dwayne Ashworth | : | ORDER OF RELEASE |

The Court orders the defendant, __Dwayne Ashworth__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Submit to drug testing and treatment, as deemed necessary;

(4) Other: _____

_(signature)_  7-12-2018
DEFENDANT          DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_(signature)_
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

7/12/18
DATE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_(signature)_
U.S. PRETRIAL SERVICES OFFICER